Community Unit School Dist. No. 1 of Marshall, LaSalle and Livingston Counties, et al., Plaintiffs-Appellants, v. County Board of School Trustees of Woodford County, et al., Defendants-Appellees.

Gen. No. 10,976. 

Second District.
November 5, 1956.
Released for publication November 23, 1956.

Berry & O'Conor, for plaintiffs-appellants; Isadore I. Leiken, for defendants-appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.